# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   July 2, 2014          Time in Court: 2 hours 1 minute
                                                             10:03-11:25 Claims Construction
                                                             11:40-12:19  Summary Judgment

Motion
Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  IPVX Patent Holdings, Inc. v. Voxernet LLC
**CASE NUMBER**:   5:13-cv-01708-HRL
Plaintiff Attorney present: Pierre Yanney
Defendant Attorney present: David Hadden, Kunyu Ching and Michael Saunders

---

**PROCEEDINGS: Claims Construction Hearing/Motion for Summary Judgment**


Claims construction hearing held.  Taken under submission.  Court to issue written ruling.

Defense motion for summary judgment.  Counsel present arguments.  Matter taken under submission.  Court to issue written ruling.