UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> VOXERNET LLC., <br><br>    Defendant. | Case No.  5:13-cv-01708 HRL <br><br> **ORDER GRANTING MOTIONS TO SEAL** <br><br> [Re:  Dkt. Nos. 99, 106] |

Before the court are two administrative motions to seal papers relating to Voxernet's motion for summary judgment of noninfringement. Dkt. Nos. 99, 106. Having reviewed the parties' submissions and accompanying declarations as required by Civil Local Rule 79-5, the court grants the motions to seal. The sealed information contains confidential business information related to Voxernet's business. The court therefore seals:

- Dkt. No. 99-3: Exhibit A to the Declaration Deepal S. Chadha in Support of IPVX's Opposition To VoxerNet, LLC's Motion For Summary Judgment Of Non-Infringement Reliant Upon Claim Construction (Voxer "Developing the Business" presentation).

- Dkt. No. 99-4: Exhibit B to the Declaration Deepal S. Chadha in Support of IPVX's Opposition To VoxerNet, LLC's Motion For Summary Judgment Of Non-Infringement Reliant Upon Claim Construction (Voxer Total Userbase).
- Dkt. No. 99-5: Exhibit L to the Declaration Deepal S. Chadha in Support of IPVX's Opposition To VoxerNet, LLC's Motion For Summary Judgment Of Non-Infringement Reliant Upon Claim Construction (RebelVox Product Requirements Document).
- Dkt. No. 99-6: Portions of IPVX's Opposition To VoxerNet, LLC's Motion For Summary Judgment Of Non-Infringement Reliant Upon Claim Construction referring to the sealed exhibits.
- Dkt. No. 106-6: Portions of Supplemental Declaration of James T. Panttaja in Support of Voxernet LLC's Reply in Support of  LLC's Motion For Summary Judgment Of Non-Infringement Reliant Upon Claim Construction.
- Dkt. No. 106-4: Portions of Voxernet LLC's Reply in Support of  LLC's Motion For Summary Judgment Of Non-Infringement Reliant Upon Claim Construction referring to sealed portions of Panttaja's supplemental declaration.

SO ORDERED.

Dated:   July 3, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2