UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   September 16, 2014                    Time in Court: 38 minutes
                                              3:01 - 3:39

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  IPVX Patent Holdings, Inc. v. Voxernet LLC
**CASE NUMBER**:   5:13-cv-01708-HRL
Plaintiff Attorney present: Pierre Yanney
Defendant Attorney present: David Hadden, Michael Saunders and Kunyu Ching

**PROCEEDINGS: Motion Hearings:** 1) IPVX's Motion to Vacate, Alter or Obtain Relief from Judgment and 2) Voxernet's Motion for Attorney's Fees

Counsel present arguments.

Motions are submitted.  Court to issue written rulings.

+