UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>VOXERNET LLC., <br><br>    Defendant. | Case No.  5:13-cv-01708 HRL <br><br>**ORDER REQUESTING BILLING STATEMENTS *IN CAMERA*** <br><br>[Re:   Dkt. No. 138] |

The court requests that plaintiff IPVX submit its billing statements related to the pending motion for attorney's fees, Dkt. No. 138, *in camera* by Tuesday, October 12, 2014.

SO ORDERED.

Dated:   October 7, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE