United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOXERNET LLC, <br><br> Defendant. | Case No.  5:13-cv-01708 HRL <br><br> **AMENDED ORDER REQUESTING** <br> **BILLING STATEMENTS *IN CAMERA*** <br><br> [Re:   Dkt. No. 138] |

The court requests that defendant Voxernet submit its billing statements related to the pending motion for attorney's fees, Dkt. No. 138, *in camera* by Tuesday, October 14, 2014.

SO ORDERED.

Dated:   October 7, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-01708-HRL Notice has been electronically mailed to:

Hector J. Ribera      hribera@fenwick.com, emancera@fenwick.com

J. David Hadden      dhadden@fenwick.com, icampos@fenwick.com

John Robert Loftus      jloftus@stroock.com

Kunyu L. Ching      kching@fenwick.com, bwalrod@fenwick.com

Michael Craig Saunders , II      msaunders@fenwick.com, msaunders@fenwick.com, tchow@fenwick.com

Pierre R. Yanney      pyanney@stroock.com, dchadha@stroock.com, jakim@stroock.com, jsobel@stroock.com, sunderwood@stroock.com

2