1 J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
2 HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
3 MICHAEL C. SAUNDERS (CSB No. 270414)
msaunders@fenwick.com
4 KUNYU L. CHING (CSB No. 292616)
kching@fenwick.com
5 FENWICK & WEST LLP
Silicon Valley Center
6 801 California Street
Mountain View, CA 94041
7 Telephone: (650) 988-8500
Facsimile: (650) 938-5200
8
Attorneys for Defendant
9 VOXERNET, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IPVX PATENT HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>VOXERNET, LLC, a Delaware limited liability company,<br><br>Defendant-Counterclaimant. | Case No. 5:13-cv-01708 HRL<br><br>**NOTICE OF SUBMISSION OF VOXERNET BILLING STATEMENTS FOR *IN CAMERA* REVIEW** |

Pursuant to the Court's Order of October 7, 2014 (Dkt. No. 179), Defendant VoxerNet, LLC ("VoxerNet") has submitted its billing statements for *in camera* review related to VoxerNet's pending motion for attorney's fees (Dkt. No. 138).

Dated: October 14, 2014                FENWICK & WEST LLP


                                       By: */s/ J. David Hadden*
                                           J. David Hadden

                                       Attorneys for Defendant
                                       VOXERNET, LLC