STROOCK & STROOCK & LAVAN LLP
Pierre A. Yanney (*Admitted Pro Hac Vice* - NY State Bar Reg. No. 261559)
pyanney@stroock.com
180 Maiden Lane
New York, NY 10038
Telephone: 212.806.5400
Facsimile: 213.806.6006
Email:        pyanney@stroock.com

STROOCK & STROOCK & LAVAN LLP
JOHN R. LOFTUS (State Bar No. 126841)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:    310-556-5800
Facsimile:    310-556-5959
Email: lacalendar@stroock.com
       jloftus@stroock.com

Attorneys for Plaintiff
  IPVX PATENT HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVX Patent Holdings, Inc., | Case No. 5:13-cv-01708-HRL |
| Plaintiff, | **PLAINTIFF IPVX PATENT HOLDINGS, INC.'S NOTICE OF APPEAL** |
| vs. | |
| VOXERNET LLC., | |
| Defendant. | |

1  Notice is hereby given that IPVX Patent Holdings, Inc. ("IPVX"), Plaintiff in the above-
2  captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from
3  the Order granting Defendant VoxerNet LLC's ("VoxerNet") Motion for Summary Judgment (Dkt.
4  No. 132) and Judgment in favor of VoxerNet and against IPVX (Dkt. No. 134), both entered in this
5  action on July 3, 2014, and the Order (1) denying Plaintiff's Motion to Vacate Judgment and (2)
6  granting in part Defendant's Motion for Attorney's Fees (Dkt. No. 181), entered in this action on
7  November 6, 2014.

9  Dated:  December 5, 2014         STROOCK & STROOCK & LAVAN LLP
                                    Respectfully submitted,

                                    By:       /s/ Pierre R. Yanney
                                              Pierre R. Yanney

                                    Attorney for Plaintiff
                                       IPVX PATENT HOLDINGS, INC.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2014, a copy of the foregoing **PLAINTIFF IPVX PATENT HOLDINGS, INC.'S NOTICE OF APPEAL** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      /s/ Pierre R. Yanney
      Pierre R. Yanney